**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia
Room 339, Federal Building
600 East First Street
Rome, GA 30161−3187**

| | |
|---|---|
| IN THE MATTER OF<br>**Johnny Lee Knight**<br><br>**Shelly Marie Howard Knight**<br>          Debtor(s), | CASE NUMBER.: **09−40694−mgd**<br>CHAPTER:  **13**<br>JUDGE:  **Mary Grace Diehl** |

NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

TO: Wells Fargo Bank NA PROPOSED TRANSFEROR and

PRA Receivables Management LLC PROPOSED TRANSFEREE

   Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.

   Objections to this transfer, if any must be filed with the

Clerk, U. S. Bankruptcy Court
Room 339, Federal Building
600 East First Street
Rome, GA 30161−3187

within 20 days from the date of this notice and a copy served upon the opposing party. If no objections are filed the transferee will be substituted as the claimant in this case.

   Dated this August 10, 2009

*W. Yvonne Evans*

W. Yvonne Evans

Clerk of Court
U.S. Bankruptcy Court

Form 428

# CERTIFICATE OF NOTICE

```
District/off: 113E-6           User: fladlandd              Page 1 of 1                   Date Rcvd: Aug 10, 2009
Case: 09-40694                 Form ID: 428                 Total Noticed: 5

The following entities were noticed by first class mail on Aug 12, 2009.
db/jtdb        Johnny Lee Knight,   Shelly Marie Howard Knight,    284 Road # 2 South,   Cartersville, GA  30120
aty           +Brian R. Cahn,   Perrotta Cahn & Prieto, P.C.,   5 S. Public Square,
                Cartersville, GA 30120-3363
aty           +Brian R. Cahn,   Perrotta, Cahn & Prieto, PC.,   5 S. Public Square,
                Cartersville, GA 30120-3363
tr            +Mary Ida Townson,   Chapter 13 Trustee,   Suite 2700 Equitable Bldg.,   100 Peachtree Street, NW,
                Atlanta, GA 30303-1906
cr            +PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067

The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2009**                    **Signature:**    _Joseph Speetjens_